**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-4734**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LORI LEIGH DEMIAN,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CR-98-79)

---

Submitted: March 11, 1999          Decided: March 16, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Howard Mark Miller, MILLER & MARX, P.C., Norfolk, Virginia, for Appellant. James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lori Leigh Demian appeals from her criminal conviction pursuant to a guilty plea for possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1) (1994). We affirm.

Demian raises only a Fourth Amendment challenge on appeal, asserting that the district court erred in denying her motion to suppress the firearm seized from her during an allegedly improper search and seizure. A defendant who voluntarily pleads guilty waives federal consideration of allegations of antecedent constitutional violations. See Tollett v. Henderson, 411 U.S. 258, 266-67 (1973). We therefore find that Demian has waived her present challenge. Accordingly, we affirm her conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED